IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-158-AP**

**JIMMY A. VALDEZ,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

---

## ORDER

Kane, J.

Defendant's Unopposed Motion to Remand (doc. #11), filed April 29, 2014 is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

Dated:  April 30, 2014.

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT